181 So. 926

### King WATKINS v. STATE.
### 8 Div. 606.

Court of Appeals of Alabama.
May 24, 1938.

A. A. Carmichael, Atty. Gen., for the State.

SAMFORD, Judge.
Appeal dismissed.

186 So. 926

### R. F. WATT v. STATE.
### 7 Div. 453.

Court of Appeals of Alabama.
Jan. 17, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

181 So. 926

### F. L. (alias Frank) WEATHERLY v. STATE.
### 6 Div. 268.

Court of Appeals of Alabama.
May 17, 1938.

R. C. Price, of Tuscaloosa, for appellant.
A. A. Carmichael, Atty. Gen., for the State.

SAMFORD, Judge.
Affirmed.

189 So. 925

### Garland WEAVER v. STATE.
### 6 Div. 428.

Court of Appeals of Alabama.
May 2, 1939.

A. K. Callahan, of Tuscaloosa, for appellant.
Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

188 So. 927

### Wesley WEAVER v. STATE.
### 7 Div. 462.

Court of Appeals of Alabama.
April 4, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

188 So. 927

### Woodie WEBB et al. v. STATE.
### 1 Div. 314.

Court of Appeals of Alabama.
April 11, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

SAMFORD, Judge.
Appeal dismissed.